**Order filed August 9, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-12-00017-CR
_____

**ROBERT TAYLOR WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 339th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1225261**

## O R D E R

Appellant is represented by appointed counsel, Tom Moran. Appellant's brief was originally due May 28, 2012. We granted three extensions of time to file appellant's brief until July 30, 2012. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On July 31, 2012, counsel filed a further request for extension of time to file appellant's brief. To date, counsel has submitted no brief. We therefore issue the following order.

Accordingly, we order Tom Moran to file a brief with the clerk of this court on or before **August 30, 2012**.   If he does not timely file the brief as ordered, the court may issue an order requiring appointment of new counsel.

PER CURIAM